HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Hatchie

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN HATCHIE,<br><br>　　　　　Defendant. | Case No.  2:22-CR-158-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE<br><br>Date:　March 30, 2023<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant, John Hatchie, that the sentencing hearing scheduled for March 30, 2023, at 9:30 a.m. be continued to **May 11, 2023, at 9:30 a.m.**

　　　Mia Crager, lead counsel and the person who is most familiar with Mr. Hatchie, continues to be on leave.  It is anticipated that she will return to the office in February 2023. Mr. Hatchie makes the instant request so that Ms. Crager can be present during the presentence investigation interview.  The government does not object to continuing the matter.

It is therefore requested that the matter be continued to May 11, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 11, 2023 |
| Reply, or Statement of Non-Opposition: | May 04, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 27, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 20, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 13, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 30, 2023 |

Dated: January 31, 2023               Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorney for Mr. Hatchie


PHILLIP A. TALBERT
United States Attorney

Dated:  January 31, 2023

/s/ Roger Yang
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **May 11, 2023, at 9:30 a.m.** and that the presentence schedule is **modified as set forth above**.

Dated: February 1, 2023

_____
Troy L. Nunley
United States District Judge